ON REHEARING
On rehearing, the appellant again asserts that the jury should have been charged on robbery in the first degree and theft in the first and second degree. Although our original opinion sufficiently addresses this argument, in an abundance of caution, we reiterate that there was no rational basis for giving any of those charges. We note that in his statement to the police, the appellant denied shooting the victim and contended that someone else shot the victim. Furthermore, he stated that after the victim was shot, he and Terry Dill drove to an alley, jumped out of the car and ran away. He further stated that he did not see any money on the victim that day. A review of the record reveals that there was no reasonable basis in the evidence for a verdict convicting the appellant of any of the above-named offenses.
OPINION EXTENDED; MOTION DENIED; APPLICATION OVERRULED.
All the Judges concur.